IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM CHARLES WENDEL TATUM,
    Plaintiff,

vs.                                       Case No.: 3:18cv1363/LAC/EMT

SANTA ROSA SHERIFF'S OFFICE, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

      This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On July 3, 2018, the court ordered Plaintiff to file an amended complaint within thirty (30) days (ECF No. 5). The copy of the order sent to Plaintiff was returned to the court as undeliverable (*see* ECF No. 6). On August 23, 2018, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for his failure to comply with the court's order of July 3, 2018, and his failure to keep the court apprised of his current address (ECF No. 7). The copy of the show cause order sent to Plaintiff was also returned to the court as undeliverable (*see* ECF No. 8).

      As of the date of this Report and Recommendation, Plaintiff has not filed anything with the court in response to its recent orders, including notification of his

Page 2 of 2

current address. If fact, Plaintiff has filed nothing in this case since at or about the time he initiated it, in May of 2018.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 25th day of September 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.