IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM CHARLES WENDEL TATUM,
    Plaintiff,

vs.                                                                    Case No.: 3:18cv1363/LAC/EMT

SANTA ROSA SHERIFF'S OFFICE, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 25, 2018 (ECF No. 9). Attempts have been made to furnish plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable. No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 25th day of October, 2018.

                                           *s/L.A. Collier*
                                  **LACEY A. COLLIER**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**